UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID C. LETTIERI,<br>   Petitioner,<br><br>  v.<br><br>DEPARTMENT OF JUSTICE,<br>   Respondent. | **CIVIL ACTION**<br>**No. 24-12895-IT** |

ORDER DENYING MOTION TO APPEAL
IN FORMA PAUPERIS [Doc. No. 22]
August 1, 2025

On November 18, 2024, David Carmine Lettieri, who is serving a criminal sentence at FMC Devens, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [Doc. No. 1]. On November 26, 2024, after finding that the court lacked jurisdiction over Lettieri's petition, the court denied the petition and dismissed the action. Mem & Order [Doc. No. 5]; Order Dismissing Case [Doc. No. 6]. On April 14, 2025, following this court's denial of his Motion for Reconsideration [Doc. No. 10], see Order Denying Motion for Reconsideration [Doc. No. 16], Lettieri, who is proceeding *pro se*, filed a Notice of Appeal [Doc. No. 18].

On July 30, 2025, the United States Court of Appeals for the First Circuit transmitted Lettieri's financial affidavit to this court for consideration as a motion to proceed on appeal *in forma pauperis*. Order [Doc. No. 21]. The Clerk entered Lettieri's financial affidavit on the docket as a Motion for Leave to Appeal In Forma Pauperis [Doc. No. 22].

Federal Rule of Appellate Procedure 24(a)(1) requires a person moving for leave to appeal *in forma pauperis* to attach to his motion an affidavit that "(A) shows in the detail prescribed by Form 4 of the Appendix of Forms [to the Federal Rules of Appellate Procedure] the party's

inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal." Fed. R. App. P. 24(a)(1). Here, Lettieri has left blank his "issues on appeal." As a result, the court does not have the information required to grant Lettieri's motion.

Accordingly, the Motion for Leave to Appeal In Forma Pauperis [Doc. No. 22] is DENIED. Lettieri may, within thirty (30) days, file a motion for leave to proceed *in forma pauperis* in the United States Court of Appeals for the First Circuit in accordance with Fed. R. App. P. 24(a)(5).

The Clerk is directed to transmit a copy of this Order to the First Circuit.

SO ORDERED.

August 1, 2025                                /s/ Indira Talwani
                                              UNITED STATES DISTRICT JUDGE