UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID C. LETTIERI,<br>Petitioner,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br>Respondent. | **CIVIL ACTION**<br>**No. 24-12895-IT** |

ORDER DENYING MOTION TO REOPEN

February 13, 2026

By Order dated November 26, 2024, the court denied David Carmine Lettieri's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 [Doc. No. 1] and dismissed the petition. [Doc. No. 5]. The court denied Lettieri's subsequent motion for reconsideration [Doc. No. 10], see Order [[16]], and on October 7, 2025, the United States Court of Appeals for the First Circuit affirmed. Judgment [Doc. No. 27].

On February 13, 2026, Lettieri filed a Motion to Reopen [Doc. No. 29] seeking to "reopen to address [an] issue." Id. at 1. He asks this court to address the "unusual circumstances" of his conviction because it is "very clear [that] the right [to] relief [that] petitioner will seek will never be granted by [the sentencing court]." Id. at 2.

As before, Petitioner is not entitled to relief. The Motion to Reopen [Doc. No. 29] is DENIED.

SO ORDERED.

February 13, 2026

/s/ Indira Talwani
UNITED STATES DISTRICT JUDGE